1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>              Plaintiff,                       )<br>                                                              )<br>              v.                                    )<br>                                                              )<br>LOC V. PHAN,                              )<br>                                                              )<br>              Defendant.                  )<br>_____) | CASE NO.   07-183M<br><br>DETENTION ORDER |

Offense charged:

   Conspiracy to Manufacture Marijuana, in violation of Title 21, U.S.C., Section 846.

Date of Detention Hearing:   April 17, 2007

   The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Sarah Vogel. The defendant was represented by Allen Ressler.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) The strength of Government's case against Defendant. The alleged offense involves two home grow locations where over 1000 marijuana plants were found at each residence.

(3) The defendant claimed an income of $2,000.000, yet bank transfer receipts show cash transfers in the amount of $10,000.00 to Vietnam bank accounts. Absent a showing, these funds appear to be illegal proceeds and thereby, presumably increase the risk of flight.

(4) The defendant's immediate family reside in Washington, however, his parents and siblings are in Vietnam. The Government expressed concerns about his flight to Vietnam where his family resides and argued that Vietnam is a country from which Defendant is not extraditable.

Based upon the foregoing information, it appears to the Court that his defendant is a flight risk and that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-